[No. 31735-1-I.    Division One.    June 20, 1994.]

MIKE CHASE, *Respondent*, v. TUNG CHAO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-05533-3, Edward Heavey, J., entered October 15, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 30407-1-I.    Division One.    June 20, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. T.D.H., *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 92-8-00005-5, H. Clarke Harvey, J. Pro Tem., entered February 27, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 32501-9-I.    Division One.    June 20, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. TODA ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-07505-1, Richard M. Ishikawa, J., entered March 30, 1993. *Dismissed* by unpublished per curiam opinion.

[No. 30895-5-I.    Division One.    June 20, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RALPH FERRER LANDON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-05434-3, Anthony P. Wartnik, J., entered June 3, 1992. *Affirmed* by unpublished per curiam opinion.